UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ24-472 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MICHAEL D. SAFFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offenses charged:

    1.  Unlawful Possession of a Firearm

Date of Detention Hearing:    August 14th, 2024.

       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

01          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02          1.      Defendant has a lengthy criminal record that includes convictions for Domestic

03  Violence, Assault, and a federal conviction conspiracy to distribute controlled substances, and

04  he was on federal supervision at the time of the alleged conduct. He has an extensive history of

05  non-compliance while under supervision.

06          2.      Defendant poses a risk of nonappearance and danger to the community based on

07  his extensive criminal history.   He does not contest detention at this time.

08          3.      There does not appear to be any condition or combination of conditions that will

09  reasonably assure the defendant's appearance at future Court hearings while addressing the

10  danger to other persons or the community.

11  It is therefore ORDERED:

12  1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

13      General for confinement in a correction facility, to the extent practicable, from persons

14      awaiting or serving sentences or being held in custody pending appeal;

15  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

16  3.  On order of the United States or on request of an attorney for the Government, the person

17      in charge of the corrections facility in which defendant is confined shall deliver the

18      defendant to a United States Marshal for the purpose of an appearance in connection with a

19      court proceeding; and

20  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

21      the defendant, to the United States Marshal, and to the United State Probation Services

22

DETENTION ORDER
PAGE -2

01   Officer.

02        DATED this 14th day of August 2024.

03

04                                    S. KATE VAUGHAN
                                      United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3