The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. SAFFORD,<br><br>Defendant. | NO. 2:24-cr-00143-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1. One Springfield Armory XD-M .40 caliber handgun and any associated ammunition, seized from Defendant's person on or about July 7, 2024.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On October 30, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d), by way of 28 U.S.C. § 2461(c), and forfeiting Defendant's interest in it. Dkt. No. 23.

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 24), and sent direct notice, by means reasonably calculated to reach them, to two identified potential claimants, as required by

FINAL ORDER OF FORFEITURE - 1
*United States v. Safford,* 2:24-cr-00143-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibits A-B).

- Four notices sent to one potential claimant have been returned to sender. Johnson Decl., ¶ 2(a) and Exhibit A. The United States has no other current contact information for this potential claimant. Johnson Decl., ¶¶ 2(a) and 3.
- Notice sent to a second potential claimant was successfully delivered. Johnson Decl., ¶ 2(b) and Exhibit B.
- The United States has used all available efforts to provide notice to the identified potential claimants, by means reasonably calculated to reach them.
- The time period for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

DATED this 27th day of March, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 2
*United States v. Safford,* 2:24-cr-00143-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970